Dismissed and Memorandum Opinion filed March 29, 2007








Dismissed
and Memorandum Opinion filed March 29, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01122-CV

____________

 

BENJAMIN TAIT SUIRE, Appellant

 

V.

 

LYNDA SUIRE,
Appellee

 



 

On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2006-30946

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 18, 2006.  On March 16, 2007, the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed March
29, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.